AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04790-LMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Blackoxygen Organics USA, Inc.
was received by me on *(date)* 12/02/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tasha Johnston , who is
designated by law to accept service of process on behalf of Northwest Registered Agent Service, Inc. at
30 N. Gould St., Ste. N, Sheridan, WY 82801 on *(date)* 12/09/2021 at 11:30AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/10/2021

*Server's signature*

Robert Tate, Process Server
*Printed name and title*

PO Box 429
Casper, WY 82602
*Server's address*

Additional documents served:
Class Action Complaint; Civil Cover Sheet