AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04790-LMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marc Saint-Onge
was received by me on *(date)* 02/16/2022 .

☑ I personally served the summons on the individual at *(place)* 3-80 Prestige Circle Orleans, Ontario, Canada K4A0Y1 on *(date)* 2/22/2022 @ 11:45am ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: February 24, 2022

*Server's signature*

Dylan Gordon Scott, Process Server
*Printed name and title*

1095 Cline Crescent
Ottawa, Ontario K2C 2P4 Canada
*Server's address*

Additional documents served:
Class Action Complaint; Civil Cover Sheet