AFFT
Wetherington Law Firm, PC
Matthew Q. Wetherington
55 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308
State Bar No.: 339639
Attorney(s) for: Plaintiff(s)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Civil Action No.:
1:21-CV-04790-LMM

Janice McMonigle; et al.
vs
11578243 Canada, Inc. d/b/a BlackOxygen Organics

**Plaintiff(s)**

**Defendant(s)**

Date:
Time:

**AFFIDAVIT OF ATTEMPTED SERVICE**

_____Dylan Scott_____, being duly sworn deposes and says: That Affiant is and was on the day when he
(Print name)
attempted to serve the within action, a citizen of Canada, over 18 years of age, and not a party to or interested in, the within action. Pursuant to NRS 239B.030 this document does not contain the social security number of any person. That the affiant received the within **Summons in a Civil Action; Class Action Complaint ; Civil Cover Sheet** on the **16th** day of **December, 2021** and attempted to effect service on **Marc Saint-Onge** at the following address(es): **3-80 Prestige Circle Orleans, Ontario, Canada K4A0Y1**. Below are listed the date(s) and time(s) of attempted service.

| Date | Time | Address | Outcome |
|---|---|---|---|
| 12/17/21 | 1:55pm | As Above | Address corresponds to a residence. Affiant was unable to gain access into the building and left a contact card for Marc Saint-Onge and Carlo Garibaldi. There has been no response to date. |
| 12/20/21 | 2:30pm | As Above | Affiant was able to gain access into the building, but there was no answer at the door. A contact card was left and to date, there has been no response. Affiant spoke with an adult female (approximately 45-50 years of age, 5'5", 140 lbs., brown hair) at unit 2, who stated that she does not know her neighbor's name. She also stated that the neighbor should be there as his car is in the laneway with plate "MUDMAN1." Affiant went back to the address and knocked again and it appeared as someone walked up to the peephole in the door and walked away with no answer. |
| 12/22/21 | 1:10pm | As Above | The same car seen during the previous attempt was seen again. Affiant gained access into the building and the contact card that was previously left was removed. Affiant knocked on the door and there was no answer. |

SWORN before me at the City of _Ottawa_
in the Province of _Ontario_
This _2nd_ day of _February_, 2022

_____Dylan Scott_____
(Print name)
_____(Sign)_____
Process Server

WorkOrderNo 2108795