1  AFFT
   Wetherington Law Firm, PC
2  Matthew Q. Wetherington
   55 Ivan Allen Jr. Blvd. NW, Suite 700
3  Atlanta, GA 30308
4  State Bar No.: 339639
   Attorney(s) for: Plaintiff(s)
5

6              UNITED STATES DISTRICT COURT
7         NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

8                                                    Civil Action No.:
9                                                    1:21-CV-04790-LMM

10 Janice McMonigle; et al.
                                                     Date:
         vs                          **Plaintiff(s)**
11 11578243 Canada, Inc. d/b/a BlackOxygen Organics  Time:
12
                                     **Defendant(s)**
13                                                   **AFFIDAVIT OF**
                                                     **ATTEMPTED SERVICE**
14

15 _____Dylan Scott_____, being duly sworn deposes and says: That Affiant is and was on the day when he
         (Print name)
16 attempted to serve the within action, a citizen of Canada, over 18 years of age, and not a party to or interested in, the
17 within action. Pursuant to NRS 239B.030 this document does not contain the social security number of any person.
18 That the affiant received the within **Summons in a Civil Action; Class Action Complaint ; Civil Cover Sheet** on the **21st** day of
   **January, 2022** and attempted to effect service on **Marc Saint-Onge** at the following address(es): **3-80 Prestige Circle Orleans,**
19 **Ontario, Canada K4A0Y1**. Below are listed the date(s) and time(s) of attempted service.
20
21

22 | Date    | Time    | Address  | Outcome |
23 |---------|---------|----------|---------|
   | 1/24/22 | 2:05pm  | As Above | Address corresponds to a residence. Affiant spoke with an adult female at unit 1, who stated that the subject should be home. The vehicle with license plate "MUDMAN1" was seen in the parking lot, but there was no answer at the door. |
24
25
26 | 1/25/22 | 10:10pm | As Above | There were no changes from the previous attempt. |
27
   | 1/30/22 | 10:56pm | As Above | There were no changes from the previous attempt, except the car seen before was not seen in the parking lot. |
28
29
30
31
32
33 SWORN before me at the City of Ottawa
   in the Province of Ontario
34 This 2nd day of February,
   2022                                              _____Dylan Scott_____
35                                                   (Print name)
                                                     _____(Sign)_____
36                                                   **Process Server**
                                                     WorkOrderNo 2108795

162