# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:21-CV-04790-LMM

Plaintiff: **Janice McMonigle, et al**
vs.
Defendant: **BlackOxygen Organics USA, Inc, Mark Saint-Onge**

For:
Matthew Wetherington
Wetherington Law Firm, PC

Received by Ancillary Legal Corporation on the 6th day of April, 2023 at 4:59 pm to be served on **DigitalOcean LLC c/o Corporation Service Company, 2 Sun Ct, Ste 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **10th day of April, 2023** at **1:32 pm, I:**

served **DigitalOcean LLC c/o Corporation Service Company** by delivering a true copy of the **Subpoena to Produce Documents** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Alisha Smith as **Authorized to Accept** at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

Additional Information pertaining to this Service:
4/10/2023 1:32 pm Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Alisha Smith, CSC Coordinator.

Black female,
black hair,
40-45 years old,
5'8", 150 lbs,
no glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Christopher Todd Horton
Process Server

Subscribed and Sworn to before me on the 11 day of April 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2023004089
Ref: McMonigle

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n