# EXHIBIT B

# RECORDS CUSTODIAN AFFIDAVIT AND DECLARATION

FROM:   numbercrunch Inc.
        2419 Rosewood Avenue, Ottawa ON, Canada K2B 7L3

TO:     Wetherington Law Firm, P.C.
        1800 Peachtree St. NW, Suite 370, Atlanta, GA 30309

COMES NOW Records Custodian of **numbercrunch Inc.** and responds to this **FEDERAL SUBPOENA FOR PRODUCTION OF DOCUMENTS** served pursuant to FRCP 45(a)(1)(D), and HEREBY CERTIFIES the following:

1. I, the undersigned Custodian of Records, hereby certify that I am a duly authorized custodian of records for **numbercrunch Inc.** and that the records attached hereto are true and accurate copies of the records of **numbercrunch Inc.**
2. I, the undersigned Custodian of Records, further certify the following in accordance with FRCP 803(6):
    (A) the record was made at or near the time by — or from information transmitted by—someone with knowledge;
    (B) the record was kept in the course of a regularly conducted activity of a "business", which term includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit;
    (C) making the record was a regular practice of that activity;
    (D) all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and
    (E) [neither] the opponent does not show that the source of information [n]or other circumstances indicate a lack of trustworthiness.

This __21st__ day of __August_____ 20__23__

_____  Craig Hung, Manager Partner
Records Custodian for
**numbercrunch Inc.**