# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANICE MCMONIGLE; AMBERLY OGDEN; MOLLY SLIWINSKI; and LAUREN WELLS, individually and on behalf of certified class members,<br><br>    Plaintiffs,<br><br>v.<br><br>BLACKOXYGEN ORGANICS USA, INC.; and MARC SAINT-ONGE,<br><br>    Defendants. | CIVIL ACTION NO:<br><br>1:21-cv-04790-LMM |

## ORDER ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

This matter comes before the Court on Plaintiffs' Motion for Default Judgment. Dkt. [40]. The Court finds that there exists a sufficient basis in the pleadings for the entry of judgment against Defendant BlackOxygen Organics USA, Inc. and Defendant Marc Saint-Onge under Plaintiffs' claims of negligence and negligence per se, as requested by Plaintiffs. Accordingly, Plaintiff's Motion for Default Judgment is **GRANTED**.

The Clerk is **ORDERED** to enter judgment against Defendant BlackOxygen Organics USA, Inc. and Defendant Marc Saint-Onge for the total amount of $7,554,603.59. As further requested by Plaintiffs, Plaintiffs shall have six months

to conduct post-judgment discovery and recover funds under this judgment. Finally, the Court reserves ruling on Plaintiffs' claim of attorneys' fees, costs, and punitive damages. At the end of six months from this ruling, Plaintiffs shall report to the Court the status of recovery and either move for awards of attorneys' fees, costs, and punitive damages or withdraw those claims.

**IT IS SO ORDERED** this _____ day of _____ 2023.

_____
Honorable Judge Leigh Martin May
USDC NDGA, Atlanta Division