**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANICE MCMONIGLE, AMBERLY OGDEN, MOLLY SLIWINSKI, and LAUREN WELLS<br>        Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO.  1:21-cv-04790-LMM |
| BLACKOXYGEN ORGANICS USA, INC., AND MARC SAINT-ONGE,<br>        Defendants. | |

## DEFAULT  JUDGMENT

The defendants BlackOxygen Organics USA, Inc. and Marc Saint-Onge, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Leigh Martin May, United States District Judge, by order of October 28, 2024, having directed that judgment issue in favor of plaintiffs and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiffs Janice McMonigle, Amberly Ogden, Molly Sliwinski, and Lauren Wells recover from the defendants BlackOxygen Organics USA, Inc. and Marc Saint-Onge, the amount of $7,554,603.59 in damages.

Dated at Atlanta, Georgia this 29th day of October, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:    s/ T. Tran
       Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
October 29, 2024
Kevin P. Weimer
Clerk of Court

By:     s/ T. Tran
           Deputy Clerk